FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN DARBY MCDONALD,<br><br>                 Plaintiff,<br><br>v.<br><br>KATHRYN AL-HAFIAN and INLAND IMAGING INTERVENTIONAL RADIOLOGY CONSULTANTS,<br><br>                 Defendants. | No.   4:20-cv-05185-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court, without oral argument is Plaintiff Steven Darby McDonald's Motion to Voluntarily Dismiss Complaint, ECF No. 12. Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis*. Defendants have not been served in this action. Consistent with Federal Rule of Civil Procedure 41(a), and for good cause shown, **IT IS HEREBY ORDERED**:

    1.    Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 12**, is **GRANTED**.

    2.    All claims are **DISMISSED WITHOUT PREJUDICE**.

ORDER DISMISSING CASE – 1

3. Plaintiff is still obligated to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

4. The Clerk's Office is directed to **ENTER JUDGEMENT**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to *pro se* Plaintiff.

**DATED** this 4th day of February 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2